UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-07231-GHK-(RZx) | Date | JUNE 9, 2014 |
|---|---|---|---|
| Title | JAMES ELIAS v. JOSHUA R. BRONSTEIN, ETC., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | Recorded on Courtsmart |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jonathan Weiss | Timothy P, Johnson <br> -for Cach, LLC <br><br> Felicia Yu <br> -for GE Capital Retail Bank |

**Proceedings:** HRG: PLAINTIFF'S MOTION TO COMPEL DEFENDANT CACH, LLC TO PRODUCE DOCUMENTS [54]

The motion is granted in part and denied in part for the reasons stated on the record. No further orders shall issue.

: 19

Initials of Preparer   igb